**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN L. HALEY, | ) NO. CV 15-7872-AG(E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| LACSD, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

Case 2:15-cv-07872-AG-E Document 32 Filed 09/30/16 Page 2 of 2 Page ID #:141

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on the Plaintiff.

4  DATED: September 30, 2016.

  _____
  ANDREW J. GUILFORD
  UNITED STATES DISTRICT JUDGE

2